

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00332-CR

JAYSON CHRISTOPHER AGUILAR                                      APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jayson Christopher Aguilar attempts to appeal from his conviction for criminal mischief. The trial court's certification states that this is "a plea-bargained case and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On August 12, 2011, we notified Aguilar that the appeal would be dismissed pursuant to the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before August 22,

---

[1]*See* Tex. R. App. P. 47.4.

2011, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We received a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 29, 2011